David S. Eisen (SBN 100623)
david.eisen@wilsonelser.com
Amy Choe (SBN 299870)
amy.choe@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone:  (213) 443-5100
Facsimile:   (213) 443-5101

Attorneys for Defendant,
INSIGHT WORLDWIDE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD JOSEPH III, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SELECT STAFFING; INSIGHT WORLDWIDE, INC., a foreign corporations doing business in California and DOES 1-10 inclusive.<br><br>Defendants. | Case No. 2:17-cv-6134 PA (Ex)<br><br>**JOINT NOTICE OF SETTLEMENT** |

TO THE HONORABLE COURT AND PARTIES IN THE ACTION:

   PLEASE TAKE NOTICE PURSUANT TO L.R. 40-2, that a settlement has been reached between Plaintiff Edward Joseph III ("Joseph") and Defendant

Insight Worldwide, Inc. ("Insight"). A draft settlement agreement is currently being circulated. The Parties expect to file a stipulation to dismiss Insight with prejudice within 30 days.

Dated:  September 18, 2017					WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP


							By: */s/ Amy Choe*_____
							David S. Eisen
							Amy Choe
							Attorneys for Defendant,
							INSIGHT WORLDWIDE, INC.

Dated: September 18, 2017					DHF LAW, P.C.


							By: */s/ Devin H. Fok*_____
							Devin H. Fok
							Attorney for Plaintiff,
							EDWARD JOSEPH III


I, Amy Choe, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

Dated:  September 18, 2017					WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP


							By:*/s/ Amy Choe*_____
							David S. Eisen
							Amy Choe
							Attorneys for Defendant,
							INSIGHT WORLDWIDE, INC.

2834917v.1